applicable to this case would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

findings of fact and conclusions of law are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).

**Bill D. MEADOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 93059.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 13, 2010.

Ellen H. Flottman, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J., MARY K. HOFF, J. and LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

Bill D. Meador appeals the judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We find that the motion court's

**Cedric RICE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 93054.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 2010.

Maleaner R. Harvey, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before SHERRI B. SULLIVAN, P.J. and ROBERT G. DOWD, JR. and PATRICIA L. COHEN, JJ.

**ORDER**

PER CURIAM.

Cedric Rice ("Movant") appeals from the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.